1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREG A. PEREYRA, an incompetent by and        Case No. _____
   | through his Guardian Ad Litem, HUGO
13 | PEREYRA, and MARTHA PEREYRA,

14 |            Plaintiff,                         **FORD MOTOR COMPANY'S**
                                                   **CERTIFICATION OF INTERESTED**
15 |     vs.                                       **ENTITIES OR PERSONS**
                                                   **(LOCAL RULE 3-16)**
16 | FORD MOTOR COMPANY; and Does 1
   | through 100, inclusive,
17
   |            Defendants
18

19

20

21

22

23

24

25

26

27

28
                                                             FORD MOTOR COMPANY'S
                                                   CERTIFICATION OF INTERESTED ENTITIES
                                                      OR PERSONS (LOCAL RULE 3-16)
   136273V1                                                  CASE NO. _____

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Ford Motor Company certifies that other than the listed parties, no other parties have a direct, pecuniary interest in the outcome of this case. |

Dated: February 22, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

- 1 -

FORD MOTOR COMPANY'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (LOCAL RULE 3-16)
CASE NO. _____

136273V1