1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GREG A. PEREYRA, an incompetent by and     | Case No. _____
   | through his Guardian Ad Litem, HUGO
13 | PEREYRA, and MARTHA PEREYRA,               | **FORD MOTOR COMPANY'S
                                                  DISCLOSURE STATEMENT FILED
14 |                Plaintiff,                    PURSUANT TO FED. R. CIV. P. 7.1(a)**
15 |
   |        vs.                                   Complaint filed: October 5, 2007
16 |
   | FORD MOTOR COMPANY; and Does 1
17 | through 100, inclusive,
18 |                Defendants
19

20

21

22

23

24

25

26

27

28

                                    - 1 -                      DISCLOSURE STATEMENT
                                                                   FILED PURSUANT
                                                               TO FED. R. CIV. P. 7.1(A)
136272v1                                                       CASE NO.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ford Motor Company states that Ford Motor Company is and has always been a wholly-owned corporation since its date of incorporation in the State of Delaware on July 9, 1919. Based on currently available information, no publicly-held company or investment fund holds a 10% or greater ownership in Ford Motor Company.

Dated: February 22, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

- 2 -

DISCLOSURE STATEMENT
FILED PURSUANT
TO FED. R. CIV. P. 7.1(A)
CASE NO.

136272v1