```
 1  H. GRANT LAW (SBN: 144505)
    hlaw@shb.com
 2  ANTHONY J. CAPOZZOLA  (SBN: 250024)
    acapozzola@shb.com
 3  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 4  San Francisco, California  94104-2828
    Telephone:    415.544.1900
 5  Facsimile:    415.391.0281

 6  Attorneys for Defendant
    FORD MOTOR COMPANY
 7
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GREG A. PEREYRA, an incompetent, by and through his Guardian Ad Litem HUGO PEREYRA, and MARTHA PEREYRA,<br><br>13            Plaintiffs,<br><br>14       vs.<br><br>15  FORD MOTOR COMPANY, AND DOES 1-50,<br><br>            Defendants. | Case No. _____<br><br>**CERTIFICATE OF SERVICE** |

19

20                    **CERTIFICATE OF SERVICE**

21       I, Carolyn H. Ishihara the undersigned, am employed in the City and County of San

22  Francisco in the State of California.  I am over the age of eighteen years and not a party to the within

23  action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

24       I am readily familiar with the business practices of this office for collection and processing of

25  documents for mailing with the United States Postal Service, which is that correspondence for

26  mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of

27  business.

28

---

136320V1

On the date shown below, I served the following:

- **NOTICE OF REMOVAL OF ACTION BY DEFENDANT FORD MOTOR COMPANY UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL ;**

- **CIVIL CASE COVER SHEET;**

- **DEFENDANT FORD MOTOR COMPANY'S NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT;**

- **FORD MOTOR COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16); and**

- **FORD MOTOR COMPANY'S DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1(a).**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**Counsel for Plaintiff**

Michael B. Moore, Esq.
595 Market Street, Suite 1320
San Francisco, CA 94105
Tel: (415)956-6500
Fax: (415)956-6580

**Counsel for Plaintiff**

Robert H. Ludlow, Jr.
P.O. Box 1184
Santa Cruz, CA 95061

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2008 at San Francisco, California

_____
Carolyn H. Ishihara