1   H. Grant Law (SBN: 144505)
    hlaw@shb.com
2   Amir Nassihi (SBN: 235936)
    anassihi@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California 94104-2828
    Telephone:    415.544.1900
5   Facsimile:    415.391.0281

6   Attorneys for Defendant
    FORD MOTOR COMPANY

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  GREG A. PEREYRA, an incompetent by and        Case No. CV-08-1063-JL
    through his Guardian Ad Litem, HUGO
11  PEREYRA, and MARTHA PEREYRA,                   **NOTICE TO UNITED STATES**
                                                   **DISTRICT COURT THAT NOTICE OF**
12                Plaintiff,                        **REMOVAL OF ACTION HAS BEEN**
                                                   **FILED IN STATE COURT**
13
           vs.
14
                                                   Complaint filed: October 5, 2007
    FORD MOTOR COMPANY; and Does 1
15  through 100, inclusive,

16                Defendants

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 1 -

1    **TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:**

2        **PLEASE TAKE NOTICE** that on February 22, 2008, Defendant FORD MOTOR

3    COMPANY filed a Notice in the Superior Court of the State of California for the County of

4    Contra Costa, informing the Superior Court that Defendant has removed this action from Contra

5    Costa County Superior Court to the United States District Court for the Northern District of

6    California.

7

    Dated: February 22, 2008                         Respectfully submitted,

8

9                                        SHOOK, HARDY & BACON L.L.P.

10

11                               By: _____

                                    H. GRANT LAW

12                                       AMIR NASSIHI

13                                       Attorneys for Defendant

                                    FORD MOTOR COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            - 2 -

136274v1