1  H. GRANT LAW (SBN: 144505)
   hlaw@shb.com
2  ANTHONY J. CAPOZZOLA (SBN: 250024)
   acapozzola@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

FILED
FEB 22 PM 1:30

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  GREG A. PEREYRA, an incompetent, by and     )  Case No. CV-08-1063-JL
    through his Guardian Ad Litem HUGO          )
12  PEREYRA, and MARTHA PEREYRA,                )
                                                )
13              Plaintiffs,                     )  **CERTIFICATE OF SERVICE**
                                                )
14       vs.                                    )
                                                )
15  FORD MOTOR COMPANY, AND DOES 1-             )
    50,                                         )
16                                              )
                Defendants.                     )
17                                              )
                                                )
18

19

20                         **CERTIFICATE OF SERVICE**

21       I, Carolyn H. Ishihara the undersigned, am employed in the City and County of San

22  Francisco in the State of California. I am over the age of eighteen years and not a party to the within

23  action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

24       I am readily familiar with the business practices of this office for collection and processing of

25  documents for mailing with the United States Postal Service, which is that correspondence for

26  mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of

27  business.

28

ORIGINAL

PROOF OF SERVICE

136275V1

1   On the date shown below, I served the following:

2   
3   • **NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT**

4   on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

5   
6   **Counsel for Plaintiff**                    **Counsel for Plaintiff**

7   Michael B. Moore, Esq.                       Robert H. Ludlow, Jr.
    595 Market Street, Suite 1320                P.O. Box 1184
    San Francisco, CA 94105                      Santa Cruz, CA 95061
8   Tel: (415)956-6500
    Fax: (415)956-6580
9
10
11
    I declare under penalty of perjury under the laws of the State of California that the foregoing
12  is true and correct.
13
    Executed on February 22, 2008, at San Francisco, California
14
15  _____
    Carolyn H. Ishihara
16
17
18
19
20
21
22
23
24
25
26
27
                                                2
28
                                                                      CERTIFICATE OF SERVICE
                                                                      CASE NO. _____
    136275V1