1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Anthony J. Capozzola (SBN: 250024)
   acapozzola@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREG A. PEREYRA, an incompetent by and | Case No.CV-08-01063 - JL
   | through his Guardian Ad Litem, HUGO    |
12 | PEREYRA, and MARTHA PEREYRA,           | **DECLINATION TO PROCEED
   |                                        | BEFORE A MAGISTRATE JUDGE
13 |              Plaintiffs,               | AND REQUEST FOR REASSIGNMENT
   |                                        | TO A UNITED STATES DISTRICT
14 |        vs.                             | COURT JUDGE**
15 |                                        | Complaint filed: October 12, 2007
16 | FORD MOTOR COMPANY, and Does 1         |
   | through 100, inclusive,                |
17 |                                        |
18 |              Defendant.                |

137110v1

- 1 -   DECLINATION TO PROCEED BEFORE A
        MAGISTRATE JUDGE AND REQUEST FOR
        REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
        CASE NO.CV-08-01063 - JL

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: March 21, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
ANTHONY J. CAPOZZOLA

Attorneys for Defendant
FORD MOTOR COMPANY