1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Anthony J. Capozzola (SBN: 250024)
   acapozzola@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREG A. PEREYRA, an incompetent, by and ) | Case No. CV-08-01063-JL
   | through his Guardian Ad Litem HUGO       )
12 | PEREYRA, and MARTHA PEREYRA,             ) | **CERTIFICATE OF SERVICE**
                                              )
13 |               Plaintiffs,                )
                                              )
14 |       vs.                                )
                                              )
15 | FORD MOTOR COMPANY, AND DOES 1-          )
   | 50,                                      )
16 |                                          )
                                              )
17 |               Defendants.                )
                                              )
18 |_____)

19

20                    **CERTIFICATE OF SERVICE**

21       I, Mario A. Reyes the undersigned, am employed in the City and County of San Francisco in

22 the State of California. I am over the age of eighteen years and not a party to the within action. My

23 business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

24       I am readily familiar with the business practices of this office for collection and processing of

25 documents for mailing with the United States Postal Service, which is that correspondence for

26 mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of

27 business.

28

On the date shown below, I served the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the plaintiff in this action by placing a true copy thereof in a sealed envelope addressed as follows:

<u>**Counsel for Plaintiff**</u>

Michael B. Moore, Esq.
595 Market Street, Suite 1320
San Francisco, CA 94105
Tel: (415)956-6500
Fax: (415)956-6580

<u>**Counsel for Plaintiff**</u>

Robert H. Ludlow, Jr.
P.O. Box 1184
Santa Cruz, CA 95061

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 21, 2008 at San Francisco, California

_____
Mario A. Reyes

2

CERTIFICATE OF SERVICE
CASE NO.   CV-08-01063-JL

137172V1