Michael B. Moore, Esq. (SBN 62182)
Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580
Email: mbm@moore-law.net

Robert H. Ludlow, Jr., Esq. (36440)
P. O. Box 1184
Santa Cruz, CA 95061
Telephone: (831) 475-5592
Facsimile: (831) 475-0775

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, an incompetent, by and through his Guardian Ad Litem, HUGO PEREYRA and MARTHA PEREYRA<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 08-01063-MMC<br><br>**PROOF OF SERVICE** |

Attached please find the Proof of Service by mail, confirming service of the Case Management Conference Order and the Standing Orders for Civil Cases on counsel for Defendant Ford Motor Company.

Dated: 4/7/08

By: _____
Michael B. Moore, Esq.

1
PROOF OF SERVICE

*Pereyra v. Ford Motor Company, et al*
United States District Court, Northern District of Ca., Case No. C-08-1063 MMC

### DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

**CASE MANAGEMENT CONFERENCE ORDER**
**STANDING ORDERS FOR CIVIL CASES**

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

H. Grant Law, Esq.
Shook, Hardy & Bacon, LLP
333 Bush Street, Suite 600
San Francisco, CA 94104

▶ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2008, at San Francisco, California.

_____
Brandy Young

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)