1  Randall D. Haimovici (SBN: 213536))
   rhaimovici@shb.com
2  Anthony J. Capozzola (SBN: 250024)
   acapozzola@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GREG A. PEREYRA, an incompetent, by and   ) Case No. C 08-01063 MMC
   through his Guardian Ad Litem HUGO        )
12 PEREYRA, and MARTHA PEREYRA,              ) **CERTIFICATE OF SERVICE**
                                             )
13          Plaintiffs,                      )
                                             )
14     vs.                                   )
                                             )
15 FORD MOTOR COMPANY, AND DOES 1-           )
   50,                                       )
16                                           )
            Defendants.                      )
17                                           )
                                             )
18

19

20              **CERTIFICATE OF SERVICE**

21      I, Mario A. Reyes, the undersigned, am employed in the City and County of San Francisco in

22 the State of California. I am over the age of eighteen years and not a party to the within action. My

23 business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

24      I am readily familiar with the business practices of this office for collection and processing of

25 documents for mailing with the United States Postal Service, which is that correspondence for

26 mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of

27 business.

28

---

PROOF OF SERVICE

140669V1

1    On the date shown below, I served the following:

2    • **JOINT CASE MANAGEMENT STATEMENT**

3  on the plaintiff in this action by placing a true copy thereof in a sealed envelope addressed as
4  follows:

5  **Counsel for Plaintiff**                **Counsel for Plaintiff**

6  Michael B. Moore, Esq.                   Robert H. Ludlow, Jr.
7  595 Market Street, Suite 1320            P.O. Box 1184
   San Francisco, CA 94105                  Santa Cruz, CA 95061
   Tel: (415)956-6500
8  Fax: (415)956-6580

9

10

11    I declare under penalty of perjury under the laws of the State of California that the foregoing
12  is true and correct.

13    Executed on May 28, 2008 at San Francisco, California

14

15                                      _____
                                        Mario A. Reyes
16

17

18

19

20

21

22

23

24

25

26

27

28                                         2