**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-filing**

Date: 6/6/08

C - 08 - 1063 - MMC

___GREG PEREYRA et al___ v ___FORD MOTOR COMPANY___

Attorneys: ___Michael Moore___   ___Randy Haimovici___

Deputy Clerk: **TRACY LUCERO**   Reporter: ___NOT REPORTED___

**PROCEEDINGS:**   **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) _INITIAL_ Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 5/1/09.
Meet & confer by 6/15/09. Joint statement due by 5/29/09.

(✓) ORDER TO BE PREPARED BY:   Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ For: Private mediation by agreement of parties - _To be concluded by 11/30/08._
     ( )By Court

(✓) CASE CONTINUED TO 6/5/09 @ 10:30 for Further Status Conference

Discovery Cut-Off  2/20/09   Expert Discovery Cut-Off  4/17/09

Plntf to Name Experts by  3/13/09   Deft to Name Experts by  3/27/09

P/T Conference Date 7/21/09 @ 3:00  Trial Date 8/3/09 @ 9:00  Set for 15 days
Type of Trial: (✓)Jury   ( )Court

Notes: _____

CC: ADR   (15 min)