Michael B. Moore, Esq. (SBN 62182)
Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:   (415) 956-6500
Facsimile:   (415) 956-6580
Email:       mbm@moore-law.net

Robert H. Ludlow, Jr., Esq. (36440)
P. O. Box 1184
Santa Cruz, CA 95061
Telephone:   (831) 475-5592
Facsimile:   (831) 475-0775

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, an incompetent, by and through his Guardian Ad Litem, HUGO PEREYRA and MARTHA PEREYRA<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 08-01063-MMC<br><br>**CHANGE OF ADDRESS** |

TO ALL COUNSEL AND THE COURT:

Please take notice counsel for Plaintiff, the Law Office of Michael B. Moore, will change its office address effective June 30, 2008. The telephone and fax numbers, and email address will remain the same.

///

///

As of June 30, 2008 the correct address and other information will be as follows:

Law Office of Michael B. Moore
100 Spear Street, Suite 1640
San Francisco, CA 94105
tel: (415) 956-6500
fax: (415) 956-6580
Email: mbm@moore-law.net

DATED: June 15, 2008                    LAW OFFICE OF MICHAEL B. MOORE

                                        By: *[signature]* Michael B. Moore
                                            Michael B. Moore

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

2
CHANGE OF ADDRESS

*Pereyra v. Ford Motor Company, et al*
United States District Court, Northern District of Ca., Case No. C-08-1063 MMC

## DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

**CHANGE OF ADDRESS**

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| H. Grant Law, Esq.<br>Randy Haimovici, Esq.<br>Shook, Hardy & Bacon, LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA 94104 | Robert H. Ludlow, Jr., Esq.<br>P.O. Box 1184<br>Santa Cruz, CA 95061 |

▶ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2008, at San Francisco, California.

_____
Brandy Young

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)