Michael B. Moore, Esq. (SBN 62182)
Law Office of Michael B. Moore
100 Spear Street, Suite 1640
San Francisco, California 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580
Email: mbm@moore-law.net

Robert H. Ludlow, Jr., Esq. (36440)
P. O. Box 1184
Santa Cruz, CA 95061
Telephone: (831) 475-5592
Facsimile: (831) 475-0775

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, an incompetent, by and through his Guardian Ad Litem, HUGO PEREYRA and MARTHA PEREYRA,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 08-01063-MMC<br><br>STIPULATION RE SUBMISSION OF PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OF ADULT PERSON WITH A DISABILITY WITHOUT A HEARING OR, IN THE ALTERNATIVE, TO SCHEDULING A HEARING ON OR BEFORE DECEMBER 19, 2008; ORDER SETTING HEARING<br><br>Judge:    Hon. Maxine M. Chesney |

Whereas, Plaintiffs and Defendant Ford Motor Company have agreed to a settlement in this matter; and

Whereas, California Law requires that the settlement be approved by the Court pursuant to

1

1  a Petition to Approve Compromise; and

2      Whereas, it is imperative from the point of view of Ford Motor Company that this settlement
3  be approved and this matter be finalized no later than December 19, 2008; and

4      Whereas, Plaintiffs consider it to be urgent to finalize this settlement so that the settlement
5  funds can be received as soon as possible due to financial concerns relating to Ford Motor Company;

6      Whereas, in order to obtain approval of this compromise by the Court before December 19,
7  2008 it is necessary for the Court to take this matter under submission based on the Petition without
8  a hearing and rule before December 19, 2008 or to set this matter for hearing on or before December
9  19, 2008; and

10      Whereas, Plaintiffs and Defendant Ford Motor Company all request the granting of this
11  Petition and do not contest this Petition;

12      Therefore it is stipulated by and between Plaintiffs Greg Pereyra by and through his guardian
13  ad litem Hugo Pereyra and Defendant Ford Motor Company that the Petition to Approve
14  Compromise of Disputed Claim of Adult Person with Disability may be submitted on the papers and
15  ruled on on or before December 19, 2008 or, in the alternative, that said Petition may be set for
16  hearing on or before December 19, 2008.

17

18  Dated: 12/12/08
                                    Michael B. Moore, Esq., Attorney for Plaintiffs

19

20
21  Dated: _____
                                    Randall Haimovici, Esq., Attorney for
22                                        Defendant Ford Motor Company

23  ///
24  ///
25  ///

26
                                                      2
27  STIPULATION RE SUBMISSION OF PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OF ADULT PERSON
    WITH A DISABILITY WITHOUT A HEARING OR, IN THE ALTERNATIVE, TO SCHEDULING A HEARING ON OR BEFORE
28  DECEMBER 19, 2008                                                CASE NO.:  08-01063-MMC

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) · (415) 956-6580 (Fax)

1  a Petition to Approve Compromise; and

2  Whereas, it is imperative from the point of view of Ford Motor Company that this settlement
3  be approved and this matter be finalized no later than December 19, 2008; and

4  Whereas, Plaintiffs consider it to be urgent to finalize this settlement so that the settlement
5  funds can be received as soon as possible due to financial concerns relating to Ford Motor Company;

6  Whereas, in order to obtain approval of this compromise by the Court before December 19,
7  2008 it is necessary for the Court to take this matter under submission based on the Petition without
8  a hearing and rule before December 19, 2008 or to set this matter for hearing on or before December
9  19, 2008; and

10  Whereas, Plaintiffs and Defendant Ford Motor Company all request the granting of this
11  Petition and do not contest this Petition;

12  Therefore it is stipulated by and between Plaintiffs Greg Pereyra by and through his guardian
13  ad litem Hugo Pereyra and Defendant Ford Motor Company that the Petition to Approve
14  Compromise of Disputed Claim of Adult Person with Disability may be submitted on the papers and
15  ruled on on or before December 19, 2008 or, in the alternative, that said Petition may be set for
16  hearing on or before December 19, 2008.

17

18  Dated: _____                               Michael B. Moore, Esq., Attorney for Plaintiffs

19

20  Dated: December 12, 2008
21                                                       Randall Haimovici, Esq., Attorney for
                                                         Defendant Ford Motor Company

22

23  ///

24  ///

25  ///

26
                                                2
27  STIPULATION RE SUBMISSION OF PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OF ADULT PERSON
    WITH A DISABILITY WITHOUT A HEARING OR, IN THE ALTERNATIVE, TO SCHEDULING A HEARING ON OR BEFORE
28  DECEMBER 19, 2008                                                     CASE NO.: 08-01063-MMC

1  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED:~~

2  ~~The Petition to Approve Compromise of Disputed Claim of Adult Person with Disability will~~

3  ~~be taken under submission and ruled on without a hearing on or before December 19, 2008.~~

4

5  ~~Dated:~~ _____          _____
                                                The Honorable Maxine Chesney, United States
6                                               District Court Judge

7

8                                    ~~OR~~
                                    **ORDER**

9       The Petition to Approve Compromise of Disputed Claim of Adult Person with a Disability

10  is set for a hearing at __10:00__ a.m. on December _17_, 2008.

11

12

13  Dated: __December 15, 2008__          _[signature]_____
                                                The Honorable Maxine Chesney, United States
14                                              District Court Judge

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) · (415) 956-6580 (Fax)

3

STIPULATION RE SUBMISSION OF PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OF ADULT PERSON WITH A DISABILITY WITHOUT A HEARING OR, IN THE ALTERNATIVE, TO SCHEDULING A HEARING ON OR BEFORE DECEMBER 19, 2008                                          CASE NO.: 08-01063-MMC