Michael B. Moore, Esq. (SBN 62182)
Law Office of Michael B. Moore
100 Spear Street, Suite 1640
San Francisco, California 94105
Telephone:   (415) 956-6500
Facsimile:   (415) 956-6580
Email:   mbm@moore-law.net

Robert H. Ludlow, Jr., Esq. (36440)
P. O. Box 1184
Santa Cruz, CA 95061
Telephone:   (831) 475-5592
Facsimile:   (831) 475-0775

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, an incompetent, by and through his Guardian Ad Litem, HUGO PEREYRA and MARTHA PEREYRA<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.:  08-01063-MMC<br><br>**REQUEST FOR PERMISSION FOR PLAINTIFF TO APPEAR AT HEARING BY TELEPHONE ; ORDER THEREON**<br><br>Date:   12/17/2008<br>Time:   10:00 a.m.<br>Room:   Rm 7, 19th Floor<br><br>Judge:   Hon. Maxine M. Chesney |

On December 16, 2008, this Court graciously scheduled a Petition for Approval of Compromise for hearing in this matter for 10:00 a.m. on December 17, 2008. This expedited hearing was scheduled at Plaintiff's request.

This is a request that Plaintiff Hugo Pereyra, guardian ad litem for his incompetent son Greg Pereyra, be allowed to appear at the hearing by telephone.

1

REQUEST FOR PERMISSION FOR PLAINTIFF TO APPEAR AT HEARING BY TELEPHONE     Case No. 08-01063-MMC

1    Hugo Pereyra, is 72 years old and has been caring for his son, Greg Pereyra, age 39, for the last two years since the accident that gives rise to this case. Greg Pereyra sustained serious brain damage and is disabled and unable to care for himself. Hugo Pereyra is his primary caretaker. They both reside in Southern California in La Puente, California.

If Hugo Pereyra must attend the hearing in person, it would create a substantial hardship due to the difficulties of arranging for care for Greg so that Hugo could travel to San Francisco this evening (December 16) and be in San Francisco tomorrow (December 17) for the hearing.

For these reasons it is respectfully requested that the Court permit Hugo Pereyra to attend the hearing on Petition to Approve Compromise scheduled for 10:00 a.m. December 17, 2008 by telephone.

The attorney for Defendant Ford Motor Company has informed counsel for Plaintiff they have no objection to Mr. Pereyra attending by telephone.

December 16, 2008

_____
Michael B. Moore, Esq., Attorney for Plaintiffs

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

Permission is granted to Hugo Pereyra to attend the hearing of the Petition to Compromise on December 17, 2008 at 10:00 a.m. by telephone.

December 16, 2008

_____
The Honorable Maxine Chesney, United States District Court Judge