IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, et al., | No. C-08-1063 MMC |
| Plaintiffs, | **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Before the Court is plaintiff Greg A. Pereyra's administrative motion, filed December 12, 2008, by which plaintiff seeks to file under seal, in whole or in part, his "Petition to Approve Compromise of Disputed Claim for Adult Person with a Disability." Having read and considered the papers filed in support of the motion and the arguments of counsel, the Court rules as follows.

The Clerk shall file under seal an unredacted version of (1) plaintiff's Petition to Approve Compromise of Disputed Claim for Adult Person with a Disability and (2) the Order Approving Compromise of Disputed Claim.

Plaintiff shall e-file, no later than December 19, 2008, a redacted version of said petition, with the following financial terms redacted: paragraph 12 amount of the settlement, paragraph 14 amount of attorneys' fees, paragraph 15 total balance of the settlement after payment of attorneys' fees and costs, paragraph 16b(4) net amount of the settlement to be

disbursed, paragraph 19a gross amount of the settlement, paragraph 19c attorneys' fees to be paid, paragraph 19e total of fees and expenses to be paid, paragraph 19f balance of proceeds available to plaintiff, attachment 14a paragraph 5 amount of attorneys' fees, attachment 20 paragraph 1 gross amount of settlement, attachment 20 paragraph 3a amount to be disbursed to Special Needs Trust, attachment 20 paragraphs 3b and 3c amounts to be disbursed to plaintiff's attorneys, and attachment 20 paragraph 4 net amount payable to plaintiff.

Plaintiff shall e-file, no later than December 19, 2008, their memorandum in support of said petition.

**IT IS SO ORDERED.**

Dated: December 17, 2008

MAXINE M. CHESNEY
United States District Judge