IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A. PEREYRA, et al., | No. C-08-1063 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |
| _____/ | |

The parties having advised the Court that they have agreed to a settlement of the above-titled action, and the Court having approved the compromise of a disputed claim of an adult person with a disability,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: December 19, 2008

MAXINE M. CHESNEY
United States District Judge